UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENT DUNWIDDIE, individually and on
behalf of others similarly situated, GRANT
LINCOLN, individually and on behalf of
others similarly situated, EDWARD
GOTOWALA, individually and on behalf of
others similarly situated,

                            Plaintiffs,

-vs-                                  Case No.  5:04-cv-315-Oc-10GRJ

CENTRAL LOCATING SERVICE, LTD.,
CORPORATION,

                            Defendant.
_____

## O R D E R

    The United States Magistrate Judge has issued a report (Doc. 215) recommending

that the Plaintiffs identified in the Plaintiffs' Revised Notice of Withdrawal of Consent to Join

Forms (Doc. 208)[1] be dismissed without prejudice. There have been no objections to the

report and recommendation of the Magistrate Judge, and the time for objecting has

elapsed.

    Upon an independent examination of the file and upon due consideration, it is

ordered that:

    (1) the report and recommendation of the Magistrate Judge (Doc. 215) is adopted,

confirmed and made a part hereof;

_____

[1]      These Plaintiffs are also referred to as the New York Plaintiffs.

(2) the Plaintiffs identified in the Plaintiffs' Revised Notice of Withdrawal of Consent to Join Forms (Doc. 208) are DISMISSED without prejudice; and

(3) the Clerk is directed to withhold the entry of judgment pending resolution of this case as a whole.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of December, 2005.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record