UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENT DUNWIDDIE, individually and on behalf of others similarly situated, GRANT LINCOLN, individually and on behalf of others similarly situated, EDWARD GOTOWALA, individually and on behalf of others similarly situated,,

                Plaintiffs,

-vs-                                        Case No. 5:04-cv-315-Oc-10GRJ

CENTRAL LOCATING SERVICE, LTD., CORPORATION,

                Defendant.
_____

## O R D E R

On November 14, 2005, the Magistrate Judge issued a report (Doc. 220) recommending that the Plaintiffs' Unopposed Motion to Dismiss the Claims of the Washington Plaintiffs Without Prejudice (Doc. 218) be granted. Because developments in the case arose after the Magistrate Judge issued his report, the Court re-referred the Plaintiffs' motion for further consideration (Doc. 225). This case is presently before the Court for consideration of the Magistrate Judge's Amended Report and Recommendation (Doc. 231), which recommends that the Plaintiffs' motion be granted. There have been no objections to the Magistrate Judge's amended report, and the time for doing so has lapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 231) is adopted, confirmed and made a part hereof;

(2) the Plaintiffs' Unopposed Motion to Dismiss the Claims of the Washington Plaintiffs Without Prejudice (Doc. 218) is GRANTED;

(3) the Washington Plaintiffs[1] are DISMISSED without prejudice; and

(4) the Clerk is directed to terminate the Washington Plaintiffs as parties to this action and withhold entry of judgment pending resolution of this case as a whole.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of April, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

---

[1]   See Doc. 218, Exh. 1.